UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | MAGISTRATE NO. 21-MJ-039 |
| v. | : | |
| ROBERT KEITH PACKER, | : | VIOLATIONS: |
| Defendant. | : | 18 U.S.C. § 1752(a)(1)<br>(Entering and Remaining in a Restricted Building)<br><br>40 U.S.C. § 5104(e)(2)<br>(Violent Entry and Disorderly Conduct and Parading, Demonstrating, or Picketing in a Capitol Building) |

# I N F O R M A T I O N

The United States Attorney charges that:

## COUNT ONE

On or about January 6, 2021, in the District of Columbia, **ROBERT KEITH PACKER**, did knowingly enter and remain in the United States Capitol, a restricted building, without lawful authority to do so.

(**Entering and Remaining in a Restricted Building**, in violation of Title 18, United States Code, Section 1752(a)(1))

## COUNT TWO

On or about January 6, 2021, in the District of Columbia, **ROBERT KEITH PACKER**, willfully and knowingly engaged in disorderly and disruptive conduct in any of the Capitol Buildings with the intent to impede, disrupt, and disturb the orderly conduct of a session of Congress or either House of Congress, and willfully and knowingly paraded, demonstrated, and

picketed in a Capitol Building.

      (**Violent Entry and Disorderly Conduct and Parading, Demonstrating, or Picketing in a Capitol Building,** in violation of Title 40, United States Code, Section 5104(e)(2))

                      Respectfully submitted,

                      MICHAEL R. SHERWIN
                      Acting United States Attorney
                      N.Y. Bar No. 4444188

By:   _____
                      MOLLY GASTON
                      VA Bar 78506
                      Assistant United States Attorney
                      555 4th Street, N.W.
                      Washington, D.C. 20530
                      Telephone No. (202) 252-7803
                      Molly.Gaston@usdoj.gov