UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| **v.** : | Case No.: CR 21-103 (CJN) |
| : | |
| **ROBERT KEITH PACKER,** : | |
| : | |
| **Defendant.** : | |

**NOTICE OF APPEARANCE AND SUBSTITUTION OF COUNSEL**

The United States of America by and through its attorney, the United States Attorney for the District of Columbia, informs the Court that the above-captioned matter is assigned to Assistant United States Attorney Mona Lee M. Furst, who may be contacted by telephone on 316-213-7420 or email at Mona.Furst@usdoj.gov. This is notice of her appearance in this matter on behalf of the United States. This appearance is in place of Assistant United States Attorney Molly Gaston

Respectfully submitted,

MICHAEL R. SHERWIN
Acting United States Attorney
N.Y. Bar No. 4444188

By: /s/ *Mona Lee M. Furst*
Mona Lee M. Furst
Assistant United States Attorney
Detailee
United States Attorney's Office
District of Columbia
Cell No. (316) 213-7420
Kansas Bar Number 13162
Mona.Furst@usdoj.gov

## **CERTIFICATE OF SERVICE**

On this 18th day of February, 2021, a copy of the foregoing was served upon all parties listed on the Electronic Case Filing (ECF) System.

                                         /s/ *Mona Lee M. Furst*
                                               Mona Lee M. Furst
                                               Assistant United States Attorney
                                               Detailee
                                               United States Attorney's Office
                                               District of Columbia
                                               Cell No. (316) 213-7420
                                               Kansas Bar Number 13162
                                               Mona.Furst@usdoj.gov