## **CERTIFICATE OF SERVICE**

On this 18th day of February, 2021, a copy of the foregoing was served upon all parties listed on the Electronic Case Filing (ECF) System.

        /s/ *Mona Lee M. Furst*
        Mona Lee M. Furst
        Assistant United States Attorney
        Detailee
        United States Attorney's Office
        District of Columbia
        Cell No. (316) 213-7420
        Kansas Bar Number 13162
        Mona.Furst@usdoj.gov