

U.S. Department of Justice

CHANNING D. PHILLIPS
Acting United States Attorney

*District of Columbia*

*Judiciary Center*
*555 Fourth St., N.W.*
*Washington, D.C.  20530*

March 17, 2021

Stephen F. Brennwald
Brennwald & Robertson, LLP
VIA E-mail

   Re: *United States v. Robert Packer*
     Case No. 21-cr-103-CJN

Dear Counsel:

  This is to memorialize the following initial discovery sent you via email on February 9, 2021 by AUSA Molly Gaston:

  Serial 1_Redacted;  case initiation
  Serial 4; Serial 4_1A_001_001: report of pulling driver's license and DL photograph
  Serial 5; Serial 5_1A_002_001; _002_004: memorializing issuance of criminal complaint and arrest warrant; copy of the complaint and arrest warrant
  Serial 9; Serial 9_1A_001_001 to _002; photographs of Packer inside and outside Capitol
  Serial 12; Serial 12_1A_006_001:  surveillance of house and photograph of house;
  Serial 14; Serial 14_1A_007_001 to _005: execution of search warrant, evidence log and diagram, evidence receipt and list of items seized;
  Serial 15; Serial 15_1A_008_001 to _003: surveillance of house and photographs;
  Serial 15; Serial 15_1A_009_001: hand written notes of surveillance
  Executed Arrest Warrant

  And, to memorialize discovery set 2, sent you on March 15, 2021 via email:

  Serial 11_1A_007_001 Execution and sign in log for search warrant, and notes taken during the execution
  Serial 11_1A_007_003 Receipt for property seized
  Serial 11_1A_007_004 Diagram of house
  Serial 22_Redacted Report of arrest with voluntary statements by your client
  Serial 22_1A_001 Miranda form
  Serial 22_1A_002 Notes from brief interview

Due to the extraordinary nature of the January 6, 2021 Capitol Attack, the government anticipates that a large volume of materials may contain information relevant to this prosecution. These materials may include, but are not limited to, surveillance video, statements of similarly situated defendants, forensic searches of electronic devices and social media accounts of similarly situated defendants, and citizen tips. The government is working to develop a system that will facilitate access to these materials. In the meantime, please let me know if there are any categories of information that you believe are particularly relevant to your client.

The discovery is unencrypted. Please contact me if you have any issues accessing the information, and to confer regarding pretrial discovery as provided in Fed. R. Crim. P. 16.1.

Additional materials will be provided after the entry of a Protective Order in this case.

I recognize the government's discovery obligations under *Brady v. Maryland*, 373 U.S. 83 (1963), its progeny, and Rule 16. I will provide timely disclosure if any such material comes to light. Consistent with *Giglio*, *Ruiz*, and 18 U.S.C. § 3500, I will provide information about government witnesses prior to trial and in compliance with the court's trial management order.

I request reciprocal discovery to the fullest extent provided by Rule 16 of the Federal Rules of Criminal Procedure, including results or reports of any physical or mental examinations, or scientific tests or experiments, and any expert witness summaries. I also request that defendant(s) disclose prior statements of any witnesses defendant(s) intends to call to testify at any hearing or trial. *See* Fed. R. Crim. P. 26.2; *United States v. Nobles*, 422 U.S. 255 (1975). I request that such material be provided on the same basis upon which the government will provide defendant(s) with materials relating to government witnesses.

Additionally, pursuant to Federal Rules of Criminal Procedure 12.1, 12.2, and 12.3, I request that defendant(s) provide the government with the appropriate written notice if defendant(s) plans to use one of the defenses referenced in those rules. Please provide any notice within the time period required by the Rules or allowed by the Court for the filing of any pretrial motions.

I will forward additional discovery as it becomes available. If you have any questions, please feel free to contact me.

Sincerely,

/s/ *Mona Lee M. Furst*
Mona Lee M. Furst
Assistant United States Attorney

Enclosure(s)
cc: