| | |
|---|---|
| **From:** | Furst, Mona (USAKS) |
| **To:** | Stephen Brennwald; sfbrennwald@cs.com |
| **Cc:** | Wilson, Robin (USAKS) 1 |
| **Subject:** | Packer Disovery 11 - two videos of other defendants - SENSITIVE |
| **Date:** | Tuesday, August 3, 2021 3:26:00 PM |

Hi Steve,

      I just created a USAfx folder and sent you the invitation to your cs.com email.  The file contains two videos obtained through legal process which depict Mr. Packer.  The files are designated SENSITIVE under the Protective Order.

      I hope to hear from you this week about the plea offer I extended…

Regards,

Mona Lee M. Furst

Senior Litigation Counsel

District of Kansas

Detailed to the District of Columbia

1200 Epic Center | 301 N. Main | Wichita, Kansas 67202

Direct line: 316-269-6537