## Your Honor, my name is Kimberly Rice and I am the younger sister of Keith Packer. I am writing this letter to ask for your lenience on behalf my brother and friend, in the United States vs. Robert Packer, Case No. 21-CR-103.

Keith and myself are 2 of 3 children born to George and Carolyn Packer of Hampton, VA.  We grew up in a blue collar, middle class Christian values home. All 3 of us graduated from Bethel High School and began to pursue jobs immediately while attending college courses at a local community college. Our sister Robin passed away in 2017 with a very rare disease after spending 38 yrs of her life employed with NNS graduating from the apprentice school and attending Strayer towards her Bachelors degree. Her and Keith were closer in age and closer in relationship. Our Dad passed away in 2020, after retiring from the Norfolk Naval Shipyard and battling dementia.  My brother idolized our Dad and mimics his skillset, love for family, old fashion values, morals and tenacity.  He is a compassionate and extremely thoughtful son, husband, father, Uncle and brother. I also lost my husband in 2015 to cancer. He and Keith became best of friends during my 25 yrs of marriage. My brother made a promise to my husband to always help me with any and everything I would ever need and with raising my son who was 11 when his Daddy passed. Keith has been fulfilling that promise since June 17, 2015. His involvement and compassion  in my son's life has had an outstanding outcome in my son's life and future. I honestly don't know where I would be mentally had Keith not stepped up to the plate, and our sibling bond became much stronger.

Keith and I have had many conversations about Jan 6. We were all there together that day. I left early as the weather was just too cold for me. If he could take back ever stepping on the floor of that capital I know in my heart of hearts he certainly would. He called me on my way home completely traumatized and afraid. He told me that he had been caught up in a mob of people and was was at one point trampled on. That he had witnessed some absolutely horrible acts including a murder. He was afraid and not sure what to do or who to go tell these things to for help.  He said all he wanted to do was get out of there. He was never in DC that day for ANY other reason other than attending a rally with us. Over the last year and half the media has portrayed and described a person who he is NOT and NEVER has been. His day to day living over the last year and half has been so altered and a major struggle for him, living in fear because of the news media slandering his name and making him out to be some monster that he absolutely is not, losing his long tenure job, death threats to him and and so on.  It's so easy to judge a book by it's cover,  without knowing the details of what is truly inside -yet it is also so wrong.  All over a sweatshirt - yes a sweatshirt. Yes, it could be considered in poor taste just as much as so much more is these days, but it's not a crime for freedom of expression. Our 83 yr old mother, as well as myself have received death threats alongside with him and his own son because of the news media and they just won't let up. I have never watched a high profile murder case get as much attention from the news media as my brother has. It's just plain evil at work. Keith is not and never will be a violent, malice person. That is not his character or his personality. He is very much a giver not a taker, just like my Daddy was.  I will not ramble on anymore about he news media and the person that they created because they are nowhere close to telling the truth. It hurts my heart so much watching him go thru this, watching my mother's hurt, watching my family hurt and be humiliated and made a spectacle of. He is hands down the BEST BROTHER with a HUGE heart and gentle soul. I love him to the moon and back. We as a family have lost so much in the last 6 years that we are literally all we have. Contrary to what the news media puts out there to everyone, he is very regretful and remorseful for stepping foot on that property Jan 6.  Keith has shown a tenacious and persistent attitude in overcoming this mistake in an efficient and successful manner, and I believe any severe punishment will be detrimental to him and his family, as he is the sole source of income and support. He has endured, lost and suffered so much over the last year and half due to his mistake. I ask for your lenience.

Many thanks and appreciation for your valuable time and reading my letter. I pray you will consider my request.

Regards,
Kimberly Rice