Use the Tab key to move from field to field on this form
Case 1:21-cr-00103-CJN   Document 56   Filed 09/29/22   Page 1 of 1
Notice of Appeal Criminal
CO-290
Rev. 3/88

# United States District Court for the District of Columbia

UNITED STATES OF AMERICA )
)
vs. ) Criminal No. 21-103(CJN)
)
Robert Keith Packer )

## NOTICE OF APPEAL

Name and address of appellant: Robert Keith Packer
c/o Stephen F. Brennwald (see address below)

Name and address of appellant's attorney: Stephen F. Brennwald
922 Pennsylvania Avenue, S.E.
Washington, D.C. 20003

Offense: Parading, Demonstrating, Picketing (40 USC 5401(e)(2)

Concise statement of judgment or order, giving date, and any sentence:
Sentence of court was 75 days in prison on September 15, 2022

Name and institution where now confined, if not on bail: N/A

I, the above named appellant, hereby appeal to the United States Court of Appeals for the District of Columbia Circuit from the above-stated judgment.

9/29/22
DATE

*[signature]*
APPELLANT
*[signature: Stephen F Brennwald]*
ATTORNEY FOR APPELLANT

GOVT. APPEAL, NO FEE [ ]
CJA, NO FEE [✔]
PAID USDC FEE [ ]
PAID USCA FEE [ ]

Does counsel wish to appear on appeal?        YES [ ]   NO [✔]
Has counsel ordered transcripts?              YES [ ]   NO [✔]
Is this appeal pursuant to the 1984 Sentencing Reform Act?   YES [✔]   NO [ ]