# United States Court of Appeals
## For The District of Columbia Circuit

_____

**No. 22-3070**　　　　　　　　　　　　　　　**September Term, 2022**

**1:21-cr-00103-CJN-1**

**Filed On: August 8, 2023** [2011454]

United States of America,

    Appellee

  v.

Robert Keith Packer,

    Appellant

## M A N D A T E

In accordance with the judgment of June 16, 2023, and pursuant to Federal Rule of Appellate Procedure 41, this constitutes the formal mandate of this court.

                              **FOR THE COURT:**
                              Mark J. Langer, Clerk

                    BY:　　/s/
                              Daniel J. Reidy
                              Deputy Clerk

Link to the judgment filed June 16, 2023